(5 Misc. Rep. 245.)

### LINDHEIM v. NEW YORK EL. R. CO. et al.

(Common Pleas of New York City and County, General Term. October 2, 1893.)

Appeal from judgment on report of referee.

Action by John L. Lindheim against the New York Elevated Railroad Company and the Manhattan Railway Company to restrain the maintenance and operation of defendants' elevated railway in front of the premises Nos. 317, 319, and 321 East Thirty-Fourth street, New York city, and to recover damages sustained by the plaintiff by reason thereof. From a judgment in favor of plaintiff, defendants appeal. Affirmed.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Julien T. Davies and R. L. Maynard, for appellants.
J. Aspinwall Hodge, Jr., for respondent.

PER CURIAM. Neither the amount of past damages awarded, nor the sum fixed by the referee as compensation for damage to the fee, upon payment of which the injunction directed to issue is to become inoperative, appears to be excessive. The evidence is identical with that in the Struthers Case, 25 N. Y. Supp. 81, and affects the next adjoining premises. The grounds urged for reversal on this appeal do not differ from those already considered and held by us to be invalid. Struthers v. Railroad Co., (opinion handed down herewith.) Judgment affirmed, with costs.